# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM DAVIS,<br><br>          Plaintiff,<br><br>    v.<br><br>CLARK COUNTY SUPERIOR COURT,<br>CLARK COUNTY WASHINGTON,<br>JOHN P WULLE,<br><br>          Defendants. | CASE NO. C12-5693 RJB-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* does hereby find and **ORDER**:

    Plaintiff's declaration indicates he is unable to afford the Court's filing fee or give security therefor. Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff is required to make monthly payments of 20 percent of the preceding months income credited to his/her account until the full amount of the filing fee is satisfied.**

    Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above named Plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the 6-month

1 | period immediately preceding the date of this Order.  The initial partial filing fee should be

2 | forwarded to the Court Clerk as soon as practicable.

3 |       Subsequently, if the prisoner's account exceeds $10.00, each month the agency is

4 | directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's

5 | income credited to the prisoner's account.   In the event that the monthly payment would reduce

6 | the prisoner's account below $10.00, the agency should collect and forward only that amount

7 | which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit

8 | does not apply to the initial partial filing fee described above.  Finally, the monthly payments

9 | should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter

10 | has been paid.

11 |       The Clerk is directed to send Plaintiff a copy of this Order and the General Order, along

12 | with a copy of Plaintiff's Acknowledgment and Authorization portion of the IFP application to

13 | the attention of the inmate account manager of the IFP account manager at the Airway Heights

14 | Corrections Center, Airway Heights, Washington.

15 |       DATED this 13th day of September, 2012.

16

17 |                                 Karen L. Strombom

18 |                                 United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS- 2